COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GABRIEL MANNY YANEZ, | § | No. 08-12-00304-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| MARIA NOHEMI ESTRADA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2006AG7960) |
| | § | |

**MEMORANDUM OPINION**

We review this appeal on our own motion for determination of whether it should be dismissed for lack of jurisdiction. Gabriel Manny Yanez, Appellant, appeals an order holding him in contempt for failure to pay child support. After Appellant filed his notice of appeal, the clerk of this Court notified Appellant of the Court's intent to dismiss the case for lack of jurisdiction. Mr. Yanez did not respond to the Court's notice.

We, as an appellate court, generally have jurisdiction over final judgments, and such interlocutory orders as the legislature deems appealable. TEX. CIV. PRAC. & REM. CODE ANN. § 51.012 and § 51.014 (West 2008); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex. App.--El Paso 1997, no pet.); *see also* TEX. FAM. CODE ANN. § 109.002 (West 2008) (appeals from suits affecting parent-child relationship). However, we lack jurisdiction to review on direct appeal a child-support enforcement contempt order. *Vernon v. Vernon*, 225 S.W.3d 179, 179 (Tex.App.--El Paso 2005, no pet.). We therefore dismiss the appeal for want of jurisdiction.

GUADALUPE RIVERA, Justice

November 7, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.